# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'13 OCT 11 AM 8:10

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARMEN AVINA,

    Defendant.

CASE NO. 12CR3787-BEN

DEPUTY

**JUDGMENT OF DISMISSAL**

---

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii) and (v)(II)

---

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/10/13

                Jan M. Adler
                U.S. Magistrate Judge